## AFFIDAVIT OF FBI TFO KEITH LEDIN IN SUPPORT OF APPLICATION FOR A COMPLAINT

I, KEITH LEDIN, state:

## INTRODUCTION AND AGENT BACKGROUND

1.  I am a Massachusetts State Trooper and an FBI Task Force Officer assigned to the FBI's Metro-Boston Gang Task Force. I have been employed as a State Trooper since November 2004. During my seventeen years as a State Trooper, I have been assigned to both the Uniformed Branch and the Division of Investigative Services. In August of 2014, I was assigned to the Southeastern Massachusetts Gang Task Force (SEMGTF). Over time, the SEMGTF has transitioned into the Metro Boston Gang Task Force (MBGTF). The MBGTF is a task force consisting of Troopers from the Massachusetts State Police Gang Unit, Agents from the Federal Bureau of Investigation (FBI), Detectives from Boston, Brockton, Westport, East Bridgewater and Bridgewater Police Departments and Sheriffs from both Suffolk and Bristol Counties. I have been cross-sworn into the FBI and the United States Marshals Service as a federal Task Force Officer.

2.  My duties include but are not limited to investigating criminal gang organizations and illicit narcotics enterprises, assisting in crime prevention and control, the investigation of firearm violations and offenses, and the investigation of narcotic violations and offenses. I have participated in hundreds of narcotics arrests, numerous illegal possession of firearm arrests, and long term and short term narcotic investigations. I have initiated and participated in investigations that involved physical surveillance, GPS monitoring, ping monitoring, Triggerfish location devices, pole camera monitoring, controlled purchases utilizing undercover officers, confidential informants, cooperating witnesses, the execution of knock and no-knock search warrants, the review of recorded (both audio and video) conversations and criminal activities,

and the analysis of telephone records. I have conducted and assisted in numerous undercover narcotic purchases, surveillance of narcotic transactions, and have participated in numerous search warrant executions involving criminal contraband. I have been the affiant in search warrants and co-affiant in wiretap investigations that have led to the seizure of criminal contraband including controlled substances and firearms. I have testified in courts throughout Massachusetts including Massachusetts Superior Court and District Court, as well as the U.S. District Court for the District of Massachusetts.

## PURPOSE OF AFFIDAVIT

3.  I submit this affidavit in support of an application for a Criminal Complaint charging Christopher SWEENEY ("SWEENEY") with possession with intent to distribute a controlled substance, to wit: methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(c) (the "Subject Offense").

4.  I am familiar with the facts and circumstances of this investigation from my own personal participation and from oral reports made to me by FBI Special Agents and other state and local law enforcement agencies.

5.  This Affidavit is submitted for the limited purpose of establishing probable cause to believe that SWEENEY committed the Subject Offense. Accordingly, I have not included each and every fact known to me and other law enforcement officers involved in this investigation. I have set forth only the facts that I believe are needed to establish the requisite probable cause.

## BASIS FOR PROBABLE CAUSE

6.  On July 21, 2022, at approximately 5:00 am, law enforcement officers entered the residence of SWEENEY pursuant to the execution of a federal search warrant.

7. SWEENEY's residence is 74 Robinson Street, Apartment #2, Lynn, Massachusetts. The apartment is a two-bedroom apartment. At the time of the execution of the warrant, SWEENEY's son and the son's girlfriend were also at the residence. SWEENEY's son told officers that he slept in the spare bedroom periodically.

8. Law enforcement officers provided SWEENEY his Miranda warnings and SWEENEY agreed to speak to officers. SWEENEY identified the other bedroom as his bedroom.

9. Inside the bedroom identified by SWEENEY as his own, officers observed an armoire at the foot of the bed. Inside of the top cabinet of the armoire, officers observed clothing and an opened black camera bag and a toiletry bag sitting on top of the clothing.

10. Inside of the camera bag, officers observed a box, a silver digital scale, an empty baggie, and a spoon. Inside of the box was a clear, plastic baggie with another clear, plastic, tied baggie inside. Inside of the tied baggie, officers observed at least two, walnut-seize, off-white rock-like substance.

11. Officers also observed two pockets on either side of the camera bag. In one pocket, officers found three baggies with smaller empty baggies inside. In the other pocket, on the other side of the camera bag, officers found $900 in $100 and $20 bill denominations.

12. Inside of the toiletry bag, officers found prescription pill bottles, a bag of individually packaged syringes, a vial of testosterone booster, ibuprofen, multiple $1 and $2 bills, a charger, small amounts of prescription medication, and other personal items.

13. Law enforcement officers conducted a field test of the rock-like substance inside of the tied baggie and confirmed the substance to be methamphetamine.

## CONCLUSION

14. Based upon the foregoing, there is probable cause to believe that on July 21, 2022, SWEENEY did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(c).

I declare that the foregoing is true and correct.

_Keith Ledin_
KEITH LEDIN
Massachusetts State Trooper
FBI Task Force Officer

Time and Date:   12:18 p.m.   Jul 21, 2022

Notice is hereby provided that, pursuant to Federal Rule of Criminal Procedure 4.1, the affiant was sworn by telephone on the date and time indicated above.

_David H. Hennessy_
Honorable David H. Hennessy
United States Magistrate Judge